**Robert P. GETTYS, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 2000–SC–0569–KB.**

Supreme Court of Kentucky.

Oct. 25, 2001.

### *ORDER*

The application of Robert P. Gettys for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Movant shall pay the costs incurred by the Kentucky Bar Association in the processing of the application in the amount of $690.11 prior to reinstatement.

All concur.

ENTERED: October 25, 2001.

/s/ Joseph E. Lambert

Chief Justice